UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RENEE THOMAS,

    Plaintiffs,

v.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

    Defendants.

Case No. 19-cv-06463-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 6, 2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:   n/a

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: August 28, 2020.

DESIGNATION OF EXPERTS: September 18, 2020; REBUTTAL: September 30, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: October 16, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 8, 2021;
    Opp. Due: January 22, 2020; Reply Due: January 29, 2020;
    and set for hearing no later than February 12, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: March 9, 2021 at 3:30 PM.

JURY TRIAL DATE: March 15, 2021 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall arrange for a settlement conference with Judge Illman.  The settlement conference shall occur after the motion to dismiss is heard on March 6, 2020.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 1/30/20

_____
SUSAN ILLSTON
United States District Judge