UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, *et al.*,<br><br>　　　　　Defendants. | Case No. 19-cv-06463-SI<br><br>**JUDGMENT** |

　　The Court has dismissed the first amended complaint without leave to amend. Judgment is hereby entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: July 10, 2020

　　　　　　　　　　　　　　　　　　　　　
SUSAN ILLSTON
United States District Judge