UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, *et al.*,<br><br>　　　　Defendants. | Case No. 19-cv-06463-SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO ALTER OR AMEND; AMENDING PRIOR ORDER TO CLARIFY THAT DISMISSAL OF STATE LAW CLAIMS IS WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 53 |

Plaintiff's motion to alter or amend the judgment is scheduled for a hearing on September 11, 2020. Pursuant to Civil Local Rule 7-11(b), the Court determines that the matter is appropriate for resolution without oral argument, and VACATES the hearing.

Plaintiff requests that the Court reconsider the dismissal of her state law claims with prejudice, and she asks that instead the Court decline supplemental jurisdiction to allow her to pursue those claims in state court. Plaintiff argues, *inter alia*, that her state law claims raise issues separate from her Title IX claims, such as the "special relationship" doctrine as it relates to her claim for breach of fiduciary duty.

The Court has discretion to grant plaintiff's motion. *See McDowell v. Calderon*, 197 F.3d 1253, 1254 n.1 (9th Cir. 1999*)*; *Acri v. Varian Assocs.*, 114 F.3d 999, 1000 (9th Cir. 1997). After consideration of plaintiff's arguments, the Court finds that is in the interest of fairness and comity to amend the prior order and judgment and to decline supplemental jurisdiction over the state law claims. The Court will enter an amended judgment in accordance with this order.

**IT IS SO ORDERED**.

Dated: September 2, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge