UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RENEE THOMAS, | Case No. 19-cv-06463-SI |
|---|---|
| Plaintiff, | |
| v. | **AMENDED JUDGMENT** |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. | |

The Court has dismissed plaintiff's Title IX claim for failure to state a claim, and the state law claims have been dismissed without prejudice. Judgment is hereby entered in favor of defendants on plaintiff's federal claims.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 2, 2020

_____
SUSAN ILLSTON
United States District Judge